# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**FOX AUTO SALES, INC.,**<br><br>Debtor | Chapter 7<br><br>Case No. 14-12874-FJB |
| **HAROLD B. MURPHY,** Chapter 7 Trustee of Fox Auto Sales, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>**SHAMROCK FINANCE LLC**<br><br>Defendant. | Adv. Proc. No. 16-01105 |

## ASSENTED TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Shamrock Finance LLC ("Shamrock"), hereby moves to extend the time to answer the Complaint filed in this matter for a period of thirty-five (35) days through and including August 19, 2016. In support to this motion, Shamrock states as follows:

1. Harold B. Murphy, Chapter 7 Trustee of Fox Auto Sales, Inc. (the "Trustee" and with Shamrock, the "Parties") commenced this proceeding on June 15, 2016 by the filing of a Complaint [docket no. 1].

2. Since the filing of the Complaint, the Parties have commenced settlement negotiations to resolve this matter without further adjudication.

3. The present deadline for Shamrock to answer the complaint is July 15, 2016.

4. The Parties require additional time to confer and negotiate to see if a consensual resolution is possible.

5. The requested extension will conserve estate and judicial resources.

6. The Trustee has assented to the requested extension.

WHEREFORE, based upon the foregoing, Shamrock Finance LLC requests that the Court extend the deadline to answer the Complaint through and including August 19, 2016 and grant such other and further relief as is necessary and proper under the circumstances.

Respectfully submitted,
**SHAMROCK FINANCE LLC**
By its attorney,

*/s/ James J. McNulty*
James J. McNulty, Esq. BBO # 339940
40 Court Street, 11th Floor
Boston, MA 02108-2202
Tel. No. (617) 263-3300
jjm@jjmcnultylaw.com

Dated: July 12, 2016

Assented to:

*/s/ Christopher M. Condon**
Christopher M. Condon, Counsel to Harold B. Murphy, Chapter 7 Trustee

* Signed with permission pursuant to MLBR Appendix 8, Rule 8.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>FOX AUTO SALES, INC.,<br><br>             Debtor<br><br>HAROLD B. MURPHY, Chapter 7 Trustee of Fox Auto Sales, Inc.,<br><br>             Plaintiff<br><br>v.<br><br>SHAMROCK FINANCE LLC<br><br>             Defendant | Chapter 7<br><br>Case No. 14-12874-FJB<br><br><br><br>Adv. Proc. No. 16-01105 |

## CERTIFICATE OF SERVICE

I, James J. McNulty, counsel for **SHAMROCK FINANCE LLC**, do hereby certify that on July 12, 2016, I served the *Assented to Motion to Extend Time to Answer Complaint* by causing same to be filed with the Bankruptcy Court and through the ECF system via e-mail at the addresses listed below:

- Christopher M. Condon on behalf of Trustee Harold B. Murphy (ccondon@murphyking.com)

 

/s/ James J. McNulty
James J. McNulty, Esq. BBO# 339940
40 Court Street, Suite 1150
Boston, MA 02108
Tel. 617-263-3300
jjm@jjmcnultylaw.com