## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>FOX AUTO SALES, INC.,<br><br>                Debtor.<br><br>HAROLD B. MURPHY, Chapter 7 Trustee of Fox Auto Sales, Inc.,<br><br>                Plaintiff,<br><br>v.<br><br>SHAMROCK FINANCE LLC<br><br>                Defendant. | Chapter 7<br><br>Case No. 14-12874-FJB<br><br><br><br><br>Adv. Proc. No. 16-01105 |

### ASSENTED TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Shamrock Finance LLC ("Shamrock"), hereby moves to extend the time to answer the Complaint filed in this matter for a period of twenty-eight (28) days through and including September 16, 2016. In support to this motion, Shamrock states as follows:

1. Harold B. Murphy, Chapter 7 Trustee of Fox Auto Sales, Inc. (the "Trustee" and with Shamrock, the "Parties") commenced this proceeding on June 15, 2016 by the filing of a Complaint [docket no. 1].

2. Since the filing of the Complaint, the Parties have commenced settlement negotiations to resolve this matter without further adjudication.

3. The present deadline for Shamrock to answer the complaint is August 19, 2016.

4.      The Trustee has indicated that due to, among other things, scheduling issues, he requires additional time to consider Shamrock's latest settlement proposal, which may alleviate the necessity for Shamrock to respond to the Complaint. If agreement could be reached, the Parties would require additional time to document their resolution.

5.      The requested extension will conserve estate and judicial resources.

6.      The Trustee has assented to the requested extension.

WHEREFORE, based upon the foregoing, Shamrock Finance LLC requests that the Court extend the deadline to answer the Complaint through and including September 16, 2016 and grant such other and further relief as is necessary and proper under the circumstances.

Respectfully submitted,
**SHAMROCK FINANCE LLC**
By its attorney,

/s/ *James J. McNulty*
James J. McNulty, Esq. BBO # 339940
40 Court Street, Suite 1150
Boston, MA  02108-2202
Tel. No. (617) 263-3300
jjm@jjmcnultylaw.com

Dated: August 17, 2016

Assented to:

/s/ *Christopher M. Condon*\*
Christopher M. Condon, Counsel to Harold B. Murphy, Chapter 7 Trustee

\* Signed with permission pursuant to MLBR Appendix 8, Rule 8.